ORIGINAL

1  LEONARDO M. RAPADAS
2  United States Attorney
   MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez
   Hagåtña, Guam 96910-5113
5  PHONE: 472-7332
   FAX: 472-7334
6
   Attorneys for the United States of America
7

FILED
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) |
| | ) **FALSE USE OF A PASSPORT** |
| YINGSHU LI a/k/a | ) [18 U.S.C. § 1543] |
| OUCK JA SIN, | ) |
| Defendant | ) |

THE GRAND JURY CHARGES:

On or about March 29, 2007, within the District of Guam and elsewhere, the defendant, YINGSHU LI a/k/a OUCK JA SIN, did willfully and knowingly use and attempt to use a false and altered passport in an attempt to enter the United States, by presenting to a U.S. Customs and Border Protection Inspector a Republic of Korea passport (no. MP0088258) in the name of

//
//
//
//
//

OUCK JA SIN, and defendant knowing said passport was false, altered and did not belong to her, in violation of Title 18, United States Code, Section 1543.

Dated this __25th__ day of April, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

_____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2

**Criminal Case Cover Sheet**                                                    U.S. District Court

**Place of Offense:**

City ____Hagåtña____                    **Related Case Information:**            **07-00040**

Country/Parish ____N/A____              Superseding Indictment _____ Docket Number _____
                                        Same Defendant _____     New Defendant ____X____
                                        Search Warrant Case Number _____
                                        R 20/ R 40 from District of _____

**Defendant Information:**

       **Juvenile: Yes** _____ **No** __X__     **Matter to be sealed:** ____ **Yes** __X__ **No**

Defendant Name          ____Yingshu Li____

Allisas Name            ____Ouck Ja Sin____

Address                 _____

                        _____

Birth date __XX/XX/1967__  SS# _N/A_  Sex _F_  Race _A_  Nationality _Korean_

**RECEIVED APR 25 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Marivic P. David__

**Interpreter:** ___ No  _X_ Yes            List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ____1____     ____ Petty  ____ Misdemeanor  __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1543 | FALSE USE OF A PASSPORT | 1 |
| Set 2  _____ | _____ | ____ |
| Set 3  _____ | _____ | ____ |
| Set 4  _____ | _____ | ____ |

(Continued on reverse)

Date: __4/25/07__    Signature of AUSA: _____