AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ **GUAM**

UNITED STATES OF AMERICA

V.

**Ying Shu Li aka Ouck Ja Sin**

**WARRANT FOR ARREST**

Case Number: CR-07-00040

RECEIVED
APR 25 2007
US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

**Ying Shu Li aka Ouck Ja Sin**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**False Use of a Passport**

FILED
DISTRICT COURT OF GUAM
APR 26 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title ____**18**____ United States Code, Section(s) ____**1543**____

**Leilani R. Toves Hernandez**
Name of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

Signature of Issuing Officer

**April 25, 2007; Hagatna, Guam**
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza 108 Hernan Cortez Ave. Hagatna, Guam 96910

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/26/07 | Robert Ramirez CBPO Enforcement | RR |
| DATE OF ARREST 4/26/07 0835 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: <u>Ying Shu Li aka Ouck Ja Sin</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____