**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00040-001　　　　　　　　　　　　DATE: April 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 11:05:04 - 11:23:35
CSO: B. Pereda

**APPEARANCES:**
Defendant: Yingshu Li aka Ouck Ja Sin　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　　U.S. Agent: Robert Ramirez, C.B.P.
U.S. Probation: Carleen Borja　　　　　　　U.S. Marshal: T. Muna / R. Manglona
Interpreter: Sung Woo Yoon　　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**
- Federal Public Defender appointed to represent the defendant. Court instructed counsel to submit the financial affidavit by the end of the day.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: June 21, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention
- Defense's oral motion to have his client medically examined was granted.

NOTES: