# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00040-001                     DATE: May 10, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Judith P. Hattori                  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 1:43:36 - 2:33:35
CSO: J. Lizama

**APPEARANCES:**
Defendant: Yingsu Li aka Ouck Ja Sin          Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David               U.S. Agent: Robert Ramirez, I.C.E.
U.S. Probation: John San Nicolas              U.S. Marshal: V. Roman / T. Muna
Interpreter: Foo Mee Chun Clinard             Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Defense did not object to conducting the plea hearing for all defendants in CR-07-00040, CR-07-00041, and CR-07-00042 at the same time.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: August 8, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 7/11/2007
- Response to Presentence Report: 7/25/2007
- Final Presentence Report due to the Court: 8/1/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: