✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

V.

**Yingshu Li aka Ouck Ja Sin**

**NOTICE**

CASE NUMBER: **CR-07-00040-001**

TYPE OF CASE:

☐ CIVIL     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Wednesday, August 8, 2007 at 9:30 a.m.** | **Tuesday, July 31, 2007 at 9:30 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**July 19, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
            Federal Public Defender
            U.S. Probation Office
            U.S. Marshals Service