LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

*Attorneys for Ying-Shu Li*

FILED
DISTRICT COURT OF GUAM
JUL 24 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YING-SHU LI,<br><br>Defendant. | Criminal Case 07-00040<br><br>SUBSTITUTION OF COUNSEL |

Subject to the Order of the Court, Ying-Shu Li substitutes Lujan Aguigui & Perez LLP for the Federal Public Defender as her counsel of record.

Dated: July 20, 2007

Ying Shu Li 李英泳
Ying-Shu Li, Defendant

Dated: July 23, 2007

Agreed:
**FEDERAL PUBLIC DEFENDER,**

John Gorman, Esq.

Dated: July 20, 2007

Accepted:
**LUJAN AGUIGUI & PEREZ LLP,**

By: _____
David J. Lujan, Esq.
*Counsel for Defendant*

ORIGINAL