1 **LUJAN AGUIGUI & PEREZ LLP**
300 Pacific News Building
2 238 Archbishop Flores Street
Hagåtña, Guam 96910
3 Telephone    (671) 477-8064
Facsimile    (671) 477-5297
4

5 *Attorneys for Ying-Shu Li*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**YING-SHU LI,**<br><br>Defendant. | Criminal Case 07-00040<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL** |

It is ordered that Lujan Aguigui & Perez LLP is substituted for the Federal Public Defender as counsel of record for Ying-Shu Li.

          **/s/ Frances M. Tydingco-Gatewood**
            **Chief Judge**
          **Dated: Jul 24, 2007**