LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297

*Attorneys for Ying-Shu Li*

**FILED**
DISTRICT COURT OF GUAM
JUL 30 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YING-SHU LI,<br><br>Defendant. | Criminal Case 07-00040<br><br>STIPULATION TO CONTINUE SENTENCING UNTIL A DATE AFTER AUGUST 22, 2007 |

Subject to the convenience of the Court, counsel for the parties stipulate that the sentencing of Ying-Shu Li may be continued to a date after August 22, 2007. The continuance is sought due to the recent entry of Lujan Aguigui & Perez LLP as counsel for the Defendant

Dated: July 30, 2007

LENARDO M. RAPADAS,
United States Attorney for
Guam and the NMI

_____
Marivic P. David, Esq.
Assistant U.S. Attorney

Dated: July 30, 2007

LUJAN AGUIGUI & PEREZ LLP,

_____
David J. Lujan, Esq.,
Counsel for the Defendant