# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00040-001 　　　　　　　　　　DATE: July 31, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:44:33 - 9:58:31
CSO: B. Benavente

---

**APPEARANCES:**
Defendant: Yingshu Li aka Ouck Ja Sin　　　Attorney: Peter C. Perez
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David　U.S. Agent: Robert Ramirez, U.S. Customs & Border Protection
U.S. Probation: Maria Cruz　　U.S. Marshal: C. Marquez
Interpreter: Julia Berg　　　　Language: Mandarin

---

**PROCEEDINGS: Sentencing**
- Mr. Perez advised the Court that although his client can understand the Mandarin language she prefers a Korean interpreter.
- Defense counsel's oral motion for a brief continuance was granted.
- Proceedings continued to: August 10, 2007 at 1:30 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: