# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM _____

United States of America

V.

**Yingshu Li aka Ouk Ja Sin**

**NOTICE**

CASE NUMBER: **CR-07-00040-001**

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Friday, August 10, 2007 at 1:30 p.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, August 13, 2007 at 9:30 a.m.** |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 8, 2007**
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Peter C. Perez, Esq.
U.S. Probation Office
U.S. Marshals Service