**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES**

CASE NO.: CR-07-00040-001                              DATE: August 13, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                             Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez             Electronically Recorded: 9:40:47 - 10:21:52
CSO: J. Lizama

**APPEARANCES:**

Defendant:   Yingshu Li aka Ouck Ja Sin               Attorney:  Peter C. Perez
   Present   Custody   Bond   P.R.                       Present   Retained   FPD   CJA

U.S. Attorney: Rosetta San Nicolas            U.S. Agent: Robert Ramirez, U.S. Customs & Border Protection
U.S. Probation: Maria Cruz                    U.S. Marshal: T. Muna / G. Perez / G. Quitugua
Interpreter: Sung Woo Yoon (court interpreter)   Language: Korean
Jennifer Kang (private interpreter)

**PROCEEDINGS: Continued Sentencing**

- Mr. Perez stated his objections to the presentence report.
- Defendant committed to the Bureau of Prisons for a term of time served (approximately 110 days).
- Upon release from imprisonment, defendant is placed on supervised release for a term of two years, with conditions (refer to Judgment for conditions of supervised release).
- Defendant ordered to pay a fine in the amount of $1,000.00.
- Defendant ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Mr. Perez's oral Motions to Defer Imposition of Sentence and set a hearing in two weeks in order to provide status of the asylum application were granted.
- Status Hearing and Continued Sentencing set for: August 31, 2007 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: