LUJAN AGUIGUI & PEREZ LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone    (671) 477-8064
Facsimile    (671) 477-5297

Attorneys for Ying-Shu Li



FILED
DISTRICT COURT OF GUAM

AUG 1 3 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YING-SHU LI,<br><br>Defendant. | Criminal Case 07-00040<br><br>NOTICE OF FILING OF ASYLUM APPLICATION WITH CALIFORNIA SERVICE CENTER OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES |

On August 11, 2007, an application for asylum was filed on behalf of the Defendant by Lujan Aguigui & Perez LLP by sending it through USPS Express Mail to the California Service Center of the U.S. Citizenship and Immigration Services at Laguna Niguel, California.

Dated: August 11, 2007

LUJAN AGUIGUI & PEREZ LLP,

_____
Peter C. Perez, Esq.,
Counsel for the Defendant



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

EQ 805503001 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 969??
Day of Delivery: [ ] Next [ ] 2nd [ ] 2nd Del. Day
Postage: $10.25
Date Accepted: 1/10/7
Time Accepted: 1/13 AM
Flat Rate [ ] or Weight: 0 lbs 7.9 ozs
Scheduled Date of Delivery
Return Receipt Fee: $
Scheduled Time of Delivery: [ ] Noon [ ] 3 PM
Military: [ ] 2nd Day [ ] 3rd Day
COD Fee / Insurance Fee
Total Postage & Fees: $10.25
Int'l Alpha Country Code
Acceptance Emp. Initials

**FROM:** (PLEASE PRINT) PHONE (671) 477-8064
Lujan Aguigui & Perez LLP
300 Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811
EMS

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day / Time / [ ] AM [ ] PM / Employee Signature
Delivery Attempt Mo. Day / Time / [ ] AM [ ] PM / Employee Signature
Delivery Date Mo. Day / Time / [ ] AM [ ] PM / Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No. _____
Federal Agency Acct. No. or Postal Service Acct. No. _____

[ ] WAIVER OF SIGNATURE (Domestic Mail Only)

[ ] NO DELIVERY [ ] Weekend [ ] Holiday

**TO:** (PLEASE PRINT) PHONE (1-300) 375-5283
California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVCS
24000 Avila Road, 2nd Flr, Rm 2312
Laguna Niguel CA 92677

ZIP + 4: 92677 + 3400