**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Yingshu Li
aka Ouck Ja Sin*

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>YINGSHU LI aka OUCK JA SIN,<br><br>Defendant. | CRIMINAL CASE NO. CR07-00040<br><br>**STIPULATION TO CONTINUE STATUS HEARING** |

The undersigned stipulate that status hearing set for August 31, 2007 at 1:30 p.m. be continued to a date no earlier than two (2) weeks thereafter to be selected by the court. This stipulation is requested by the Defendant on the ground that additional time is needed to address immigration issues prior to the entry of final judgment and an additional two (2) weeks time frame should sufficient to do so.

/ / /

Page 1 of 2
USA v. Yingshu Li aka Ouck Ja Sin
Criminal Case No. 07-00040
**Stipulation to Continue Status Hearing**
Case 1:07-cr-00040   Document 22   Filed 08/31/2007   Page 1 of 2

SO STIPULATED this 31st day of August, 2007.

| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ** LLP | **LEONARDO M. RAPADAS**<br>United States Attorney<br>Districts of Guam and NMI |
| */s/ signature* | */s/ signature* |
| **PETER C. PEREZ, ESQ.**<br>*Attorney for Defendant* | **ROSETTA L. SAN NICOLAS, ESQ.**<br>*Assistant U.S. Attorney* |

L-0048/858-00/0858/PCP/dmg

Page 2 of 2

USA v. Yingshu Li aka Ouck Ja Sin
Criminal Case No. 07-00040
Stipulation to Continue Status Hearing