LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Yingshu Li aka Ouck Ja Sin*

**FILED**
DISTRICT COURT OF GUAM
SEP 1 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00040 |
| vs. | **STATUS REPORT** |
| YINGSHU LI aka OUCK JA SIN, | |
| Defendant. | |

Defendant, YINGSHU LI aka OUCK JA SIN, by and through counsel, LUJAN AGUIGUI & PEREZ LLP advises the Court as follows:

1. On or about August 10, 2007 the defendant filed an application for asylum with the U.S. Citizenship and Immigration Services, California Service Center office.

2. On or about August 21, 2007 the U.S. Citizenship and Immigration Services office issued a Notice of Action advising that the asylum application should be filed with the Immigration Court which had jurisdiction over the prior proceeding in conjunction with a motion to reopen.

---

1

USA vs. Yingshu Li aka Ouck Ja Sin;
District Court Criminal Case No. CR07-00040
Status Report

ORIGINAL

Case 1:07-cr-00040   Document 25   Filed 09/14/2007   Page 1 of 2

3. The defendant is in the process of filing her application with the Immigration Court with a motion to reopen.

4. It is respectfully requested that entry of judgment occur on September 28, 2007.

Dated this 13th day of September, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorneys for Defendant Yingshu Li aka Ouck Ja Sin*

L-0048/858-00/0858/PCP/dmg

---

2

USA vs. Yingshu Li aka Ouck Ja Sin;
District Court Criminal Case No. CR07-00040
Status Report