**LI_Yingshu.mtnord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YING SHU LI<br>aka OUCK JA SIN,<br><br>        Defendant. | CRIMINAL CASE NO. 07-00040<br><br>**O R D E R**<br><br>Re: United States Motion for Payment<br>of Special Assessment Fee and/or Fine |

      Based upon the Plaintiff's Motion for Payment of Special Assessment and/or Fine, the Court hereby orders the Bureau of Immigration and Customs Enforcement deposit to the Clerk, United States District Court of Guam, the amount of $1,100.00 that was obtained from Defendant, YING SHU LI aka OUCK JA SIN, upon her arrest in full satisfaction of the $100.00 special assessment fee and $1,000.00 assessed against Defendant at her sentencing hearing held on August 13, 2007 and entered on October 19, 2007. Any remaining balance of funds shall be returned to Defendant.

                                                              **/s/ Frances M. Tydingco-Gatewood**
                                                                 **Chief Judge**
                                                                **Dated: Oct 26, 2007**